# Order

Michigan Supreme Court
Lansing, Michigan

August 13, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162521

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ARTHUR WILLIAM DITTMAR,
     Defendant-Appellant.

SC: 162521
COA: 352576
Saginaw CC: 18-045723-FC

_____/

On order of the Court, the application for leave to appeal the December 17, 2020 judgment of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The answer shall be limited to whether the Court of Appeals correctly held that the defendant's convictions for delivery of a controlled substance causing death and delivery of less than 50 grams of a controlled substance do not violate double jeopardy. See *People v Miller*, 498 Mich 13, 19 (2015).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2021



Clerk

t0810